UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24848-JEM

WINDY LUCIUS,

     Plaintiff,

v.

HOLLY HUNT ENTERPRISES, INC.,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

     Plaintiff WINDY LUCIUS ("Plaintiff") and Defendant HOLLY HUNT ENTERPRISES,

INC. ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

     1.     Plaintiff has reached an agreement with Defendant to resolve the claims against it.

     2.     The parties are in the process of finalizing a confidential settlement agreement and

intend to file a Notice of Dismissal with Prejudice with the Court within sixty (60) days.

Dated: January 7, 2021

Respectfully submitted,

| /s/ J. Courtney Cunningham | /s/ Lindsay M. Alter |
|---|---|
| J. Courtney Cunningham, Esq. | Lindsay M. Alter, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | LITTLER MENDELSON, P.C. |
| FBN: 628166 | FBN: 103237 |
| 8950 SW 74th Court | Wells Fargo Center |
| Suite 2201 | 333 SE 2nd Avenue, Suite 2700 |
| Miami, FL 33156 | Miami, FL 33131 |
| T: 305-351-2014 | T: 305-400-7530 |
| cc@cunninghampllc.com | lalter@littler.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
