UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-24848-CIV-MARTINEZ-BECERRA

WINDY LUCIUS,

    Plaintiff,

v.

HOLLY HUNT ENTERPRISES, INC.,

    Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the Parties' Joint Notice of Settlement [ECF No. 10], which states that the parties have settled this case. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

2. If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record