UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24848-JEM

WINDY LUCIUS,

    Plaintiff,

v.

HOLLY HUNT ENTERPRISES, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WINDY LUCIUS and Defendant HOLLY HUNT ENTERPRISES, INC. hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 16, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Lindsay M. Alter* |
| J. Courtney Cunningham, Esq. | Lindsay M. Alter, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | LITTLER MENDELSON, P.C. |
| FBN: 628166 | FBN: 103237 |
| 8950 SW 74th Court | Wells Fargo Center |
| Suite 2201 | 333 SE 2nd Avenue, Suite 2700 |
| Miami, FL 33156 | Miami, FL 33131 |
| T: 305-351-2014 | T: 305-400-7530 |
| cc@cunninghampllc.com | lalter@littler.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                       */s/ Lindsay M. Alter*
                                       Lindsay M. Alter, Esq.