UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-24848-CIV-MARTINEZ-BECERRA

WINDY LUCIUS,

    Plaintiff,

v.

HOLLY HUNT ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 13). Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED** and all pending motions are **DENIED as moot**. Each party shall bear its own attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record